

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

June 8, 2021

<u>VIA ECF</u>
The Honorable Brian M. Cogan, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Fischler v. Totallee, LLC., 1:21-cv-01266-BMC</u>

Dear Judge Cogan:

    This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to advise the Court a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) all existing deadlines and court conferences be adjourned *sine die*, including the June 9, 2021, 11:00 a.m., conference.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    <u>s/ Douglas B. Lipsky</u>
    Douglas B. Lipsky